# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Devin Lawrimore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Equinor Energy Services, Inc., | ) | Case No. 1:20-cv-157 |
| | ) | |
| Defendant. | ) | |

On July 19, 2021, the court adopted a Stipulated Revised Scheduling and Discovery Plan submitted by the court. The court on its own motion shall now grant a continuance of the final pretrial conference and trial. Accordingly, the final pretrial conference scheduled for February 22, 2022, shall be rescheduled for January 10, 2023, at 9:00 AM by telephone before the magistrate judge. To participate, in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for March 7, 2022, shall be rescheduled for January 23, 2023, at 9:00 AM in Bismarck before Judge Traynor. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court